FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 SEP 23 P 2: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04-12052

| | |
|---|---|
| JOANNE SILVA,<br>    Plaintiff,<br><br>v.<br><br>DOMINIC CIOLINO and<br>DISCOVER BANK CORPORATION<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) **NOTICE OF REMOVAL**<br>)<br>)<br>) MAGISTRATE JUDGE ___<br>) |

RECEIPT # 58853
AMOUNT $ ___
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE 9/23/04

To: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MASSACHUSETTS:

1. Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant, Discover Bank, erroneously named Discover Bank Corporation ("Discover") files this Notice of Removal in connection with the above-entitled action and sets out below the grounds for this Notice of Removal.

2. This action was filed by the plaintiff, on or about July 8, 2004 in the Superior Court of Salem, Essex County, Commonwealth of Massachusetts. Plaintiff served a summons and copy of the Complaint on Discover on or about September 1, 2004.

3. In its Complaint, Plaintiff asserts that Discover violated, among other laws, "Federal Collection Law."

4. Because Plaintiff has asserted a Federal claim against Discover, this Court has original jurisdiction over the action pursuant to 28 U.S.C. § 1331. Removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441.

5. This Notice of Removal is filed with the Court on a timely basis under 28 U.S.C. § 1446(b).

6. Promptly after filing this Notice of Removal, Discover will give written notice hereof to all adverse parties and will file a copy hereof with the State Court.

7. A copy of all process, pleadings and orders served upon Discover to date is attached hereto as Exhibit A.

                                        DISCOVER BANK,
                                        By its attorneys,

                                        _____
                                        Kevin C. Maynard, BBO #550669
                                        Andrew J. Drayer, BBO #647192
                                        Bulkley, Richardson and Gelinas, LLP
                                        One Post Office Square, Suite 3700
                                        Boston, MA 02109
                                        Phone: (617) 368-2500
                                        Fax:   (617) 368-2525

Dated: September 22, 2004


## CERTIFICATE OF SERVICE

I, Andrew J. Drayer, hereby certify that a true and accurate copy of the above document was served upon all counsel of record by first class mail, postage prepaid, on September 22, 2004.

                                        _____
                                        Andrew J. Drayer


278357.1