UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOANNE SILVA,<br>    Plaintiff,<br><br>v.<br><br>DOMINIC CIOLINO and<br>DISCOVER BANK CORPORATION<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04-12052 DPW

## CORPORATE DISCLOSURE STATEMENT

Defendant, Discover Bank states that it is a wholly owned subsidiary of NOVUS Credit Services, Inc., a Delaware corporation with its principal place of business in Riverwoods, Illinois, and NOVUS Credit Services, Inc. is a wholly owned subsidiary of the public parent company Morgan Stanley.

Respectfully submitted,

DISCOVER BANK
By its attorneys,

_____
Kevin C. Maynard, BBO #550669
Andrew J. Drayer, BBO #647192
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA  02109
Phone: (617) 368-2500
Fax:    (617) 368-2525

Dated: September 22, 2004

### CERTIFICATE OF SERVICE

I, Andrew J. Drayer, hereby certify that a true and accurate copy of the above document was served upon all counsel of record by first class mail, postage prepaid, on September 22, 2004.

_____
Andrew J. Drayer

278375.1