UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12052-DPW

|  |  |
|---|---|
| JOANNE SILVA,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| DOMENIC CIOLINO and<br>DISCOVER BANK CORPORATION<br>    Defendants. | )<br>)<br>)<br>) |

**JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE**

The plaintiff Joanne Silva ("Plaintiff") and the defendant Discover Bank, erroneously named herein as Discover Bank Corporation, ("Discover"), propose the following:

**PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

    I.    **Consideration of Settlement Proposal**

    II.    **Establishment of a Schedule for Discovery**

    III.    **Local Rule 16.4 Certification**

    IV.    **Pending Matters**

**I.    SETTLEMENT PROPOSAL**

The Plaintiff has made a settlement demand to which Discover will respond prior to the conference. If the parties are not able to reach a settlement, then Discover may invoke its right to binding arbitration, pending a completed investigation of the Plaintiff's claims.

**II.    JOINT SCHEDULING PLAN FOR DISCOVERY**

The Plaintiff and Discover have agreed to the following discovery schedule:

    1.    Each party will fulfill the Automatic Disclosure requirements pursuant to Fed. R. Civ. P. 26(a)(1) by November 30, 2004.

2.  Each party will serve Interrogatories and Requests for Production of Documents by January 3, 2005.

3.  Non-expert depositions will be completed by April 30, 2005.

4.  Plaintiff's disclosure of expert witness information under Fed. R. Civ. P. 26(a)(2)(B) will be provided by May 1, 2005.  Discover's disclosure of expert witness information under Fed. R. Civ. P. 26(1)(2)(B) will be provided by June 1, 2005.

5.  Depositions of expert witnesses will be completed July 1, 2005.

6.  Discovery will be completed by July 1, 2005, unless the time for discovery is enlarged by the Court.

7.  Any motions for summary judgment will be filed on or before August 1, 2005.  Any opposition will be filed by September 1, 2005.

8.  This case will be ready for a final pretrial conference at the court's convenience or other disposition on and after September 1, 2005.

### III. LOCAL RULE 16.4 CERTIFICATION OF COUNSEL AND PARTIES

Counsel for the Plaintiff and Discover have conferred with their clients concerning a budget for the cost of the litigation and the possible resolution of the litigation through alternative dispute resolution.  Written certifications have been or will be filed prior to the scheduling conference.

IV.   **PENDING MATTERS**

The Plaintiff has filed a motion to amend so as to strike any reference to violations of Federal Law.  Plaintiff has also filed a motion to remand this matter to the state courts.

Respectfully Submitted,

| | |
|---|---|
| The Plaintiff<br>By her Attorneys, | The Defendant,<br>DISCOVER BANK<br>By Its Attorneys, |
| /s/ Michael E. McMahon (AJD)<br>Michael E. McMahon, BBO# 328280<br>583 Chestnut Street, Suite 10<br>Lynn, MA  01904<br>Tel: (781) 581-1010<br>Fax: (781) 595-1376 | /s/ Andrew J. Drayer<br>Kevin C. Maynard, BBO# 550669<br>Andrew J. Drayer, BBO# 647192<br>Bulkley, Richardson and Gelinas, LLP<br>One Post Office Square, Suite 3700<br>Boston, MA  02109<br>Tel:  (617) 368-2500<br>Fax:  (617) 368-2525 |