MAS-20031124　　　　　　　　　　Case 1:04-cv-12052-DPW　　Document 7　　Filed 11/03/2004　　Page 1 of 2　　09/24/2004
cavanaug　　　　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　　　　　01:00 PM
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

### ESCV2004-01293
### Silva v Ciolino et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 07/08/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 09/24/2004 | **Session** | A - Civil-CtRm 2 -rear (Salem) | | |
| **Origin** | 1 | **Case Type** | B99 - Misc tort | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 10/06/2004 | **Answer** | 12/05/2004 | **Rule12/19/20** | 12/05/2004 |
| **Rule 15** | 12/05/2004 | **Discovery** | 05/04/2005 | **Rule 56** | 06/03/2005 |
| **Final PTC** | 07/03/2005 | **Disposition** | 09/01/2005 | **Jury Trial** | Yes |

#### PARTIES

**Plaintiff**
Joanne Silva
Active 07/08/2004

**Private Counsel 338460**
Michael E McMahon
583 Chestnut St. Ste.#10
Lynn, MA 01904
Phone: 781-581-1010
Fax: 978-283-1055
Active 07/08/2004 Notify

**Defendant**
Domenic Ciolino
Served: 07/22/2004
Answered: 08/10/2004
Answered 08/11/2004 Notify

**Defendant**
Discover Bank Corporation
Served: 09/01/2004
Served (answr pending) 09/01/2004

**Private Counsel 550669**
Kevin C Maynard
Bulkley Richardson & Gelinas
1500 Main Street Suite 2700
PO Box 15507
Springfield, MA 01115-5507
Phone: 413-272-6244
Fax: 413-272-6804
Active 09/24/2004 Notify

**Private Counsel 647192**
Andrew J Drayer
Bulkley Richardson & Gelinas
One Post Office Square
Suite 3700
Boston, MA 02109
Phone: 617-292-2820
Fax: 413-785-5060
Active 09/24/2004 Notify

*A TRUE COPY, ATTEST*
*[signature]*
DEPUTY ASS'T. CLERK

#### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/08/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 07/08/2004 | | Origin 1, Type B99, Track F. |

MAS-20031124  Case 1:04-cv-12052-DPW  Document 7  Filed 11/03/2004  Page 2 of 2  09/24/2004
cavanaug                         Commonwealth of Massachusetts                    01:00 PM
                                    ESSEX SUPERIOR COURT
                                        Case Summary
                                        Civil Docket

### ESCV2004-01293
### Silva v Ciolino et al

| Date | Paper | Text |
|---|---|---|
| 07/22/2004 | 2.0 | SERVICE RETURNED: Domenic Ciolino(Defendant) |
| 08/10/2004 | 3.0 | ANSWER: Domenic Ciolino(Defendant) |
| 08/24/2004 | 4.0 | SERVICE RETURNED: Discover Bank Corporation(Defendant) |
| 09/24/2004 | 5.0 | Atty Kevin C Maynard, Andrew J Drayer's notice of appearance for Discover Bank Corporation |
| 09/24/2004 | 6.0 | Notice for Removal to the United States District Court filed by Discover Bank Corporation |
| 09/24/2004 | 7.0 | Remanded to Superior Court from US District Court |
| 09/24/2004 |  | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

A TRUE COPY, ATTEST

DEPUTY ASS'T. CLERK