UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12052-DPW

| | |
|---|---|
| JOANNE SILVA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOMENIC CIOLINO and | ) |
| DISCOVER BANK CORPORATION | ) |
|     Defendants. | ) |
| | ) |

**RULE 7.1(2) CERTIFICATION**

Counsel for Defendant Discover Bank, erroneously named herein as Discover Bank Corporation ("Discover"), hereby certify that they have conferred with counsel for the plaintiff, Joanne Silva, by telephone, and have attempted in good faith to resolve or narrow the issues presented in Discover's Motion.

    Respectfully submitted,

    DISCOVER BANK
    By its attorneys,

    /s/ Andrew J. Drayer
    Kevin C. Maynard, BBO #550669
    Andrew J. Drayer, BBO#647192
    BULKLEY, RICHARDSON AND
    GELINAS, LLP
    One Post Office Square, Suite 3700
    Boston, MA  0109
    Phone:  (617) 368-2500
    Fax:     (617) 368-2525

Dated: December 3, 2004

2

CERTIFICATE OF SERVICE

    I, Andrew J. Drayer, hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff by first class mail, postage prepaid, on December 3, 2004.

                                         /s/ Andrew J. Drayer
                                          Andrew J. Drayer