# UNITED STATES DISTRICT COURT
## For the District of Massachusetts

DOCKET No.: 04-12052 DPW

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOANNE SILVA
    Plaintiff
VS.

DOMENIC CIOLINO AND DISCOVER BANK CORPORATION
    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AGREEMENT FOR ENTRY OF JUDGMENT

NOW COME the parties in the above-captioned matter and Stipulate that Judgment enter as follows:

1. **RE: Domenic Ciolino**

    a.     Domenic Ciolino shall pay the sum of $13,106.45 to American Express on the Plaintiff's account number 3737-601187-41006 by payments as determined by American Express.

    b.     Domenic Ciolino shall pay the sum of $12,186.89 to Discover Bank Corporation on the Plaintiff's account No. 6011-001590278414 by payments as determined by Discover Bank.

2. **RE: Discover Bank**

    a.     The Plaintiff's claim against Discover Bank is hereby dismissed with prejudice and without costs.

3. **RE: Counterclaim**

    a.     The Defendant's Discover Bank counterclaim against the Plaintiff Joanne Silva is hereby dismissed with prejudice and without costs.

By Plaintiff's Attorney

*/s/ Michael E. McMahon*

Michael E. McMahon
583 Chestnut Street, Suite # 10
Lynn, MA 01904
781- 581-1010


*/s/ Domenic Ciolino*

By Defendant Domenic Ciolino
PROSE


*/s/ Andrew J. Drayer*

By Defendant Discover Bank
By its attorney
Andrew J. Drayer
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA  02109
617-368-2500

Dated: 1/31/05