# UNITED STATES DISTRICT COURT
## For the District of Massachusetts

DOCKET NO. 04-12052 DPW

*******************************

JOANNE SILVA,
    Plaintiff

v.

DOMENIC CIOLINO AND
DISCOVER BANK CORPORATION,
    Defendants.

*******************************

## JUDGMENT OF THE COURT

Upon submission by all parties of an Agreement for Entry of Judgment dated January 31, 2005, Judgment is entered as follows:

1. On Count I of Plaintiff's Complaint against the Defendant, Domenic Ciolino, Judgment for the Plaintiff in the sum of $13,106.45 to be paid by Ciolino on the Plaintiff's behalf to The American Express Company.

2. On Count II of the Plaintiff's Complaint against the Defendant, Domenic Ciolino, Judgment for the Plaintiff in the sum of $12,189.89 to be paid by Ciolino on the Plaintiff's behalf to Discover Bank.

3. On Count III of the Plaintiff's Complaint against the Defendant, Domenic Ciolino, is dismissed with prejudice and without cost.

4. On Count IV of the Plaintiff's Complaint against Discover Bank is dismissed with prejudice and without costs.

5. The Counterclaim by Discover Bank against the Defendant, Joanne Silva is dismissed with prejudice and without costs.

BY THE COURT,

_____
Honorable Douglas P. Woodlock

3/30/05